IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION


UNITED STATES OF AMERICA      §
                              §
V.                            §          NO. 4:11-CR-861
                              §
ADAM MAIN                     §


**DEFENDANTS' OBJECTION TO 404 (B) NOTICE
REGARDING "AMBULANCE FRAUD AT SPECTRUM"; ALTERNATIVE
MOTION FOR CONTINUANCE DUE TO LATE DISCLOSURE OF EVIDENCE**

TO THE HONORABLE VANESSA GILMORE:

The Defendants are ready for trial on the Superseding Indictment as it stands, however, the Government's 404 B Notice (Exhibit A) so expands the factual and legal issues as to be tantamount to a Second Superseding Indictment, and in particular, the 404(B) notice regarding "Ambulance Fraud at Spectrum."

Defendants object to this belated attempt to effectively amend the Superseding Indictment and to the recent document dump of over 100 interview reports (see Exhibit B) and dozens of file boxes of documents (see Exhibit C).

Admission of this "Ambulance Fraud" evidence would exponentially expand the factual and legal issues and would greatly lengthen the trial. When this court asked counsel to estimate the length of trial, the estimate given was without knowledge of this vast additional evidence. Counsel believes the new evidence could double the length of

the trial and thus also objects under Rule 403 due to "unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time."

Respectfully submitted,

/s/ James Alston
James R. Alston
914 Preston, Suite 3 N
Houston, TX 77002
(713) 228-1400
(713) 228-1401 - fax
State Bar No. 00786974
Federal I.D. No. 30878

Attorney for Defendant Adam Main

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Assistant United States Attorney Laura Cordova, and other interested parties, by delivering a copy of same on January 17, 2014, by electronic mail via the CM/ECF system.

/s/ James Alston
James Alston